UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>        Plaintiff,<br><br>   v.<br><br>TRULIA, INC.,<br><br>        Defendant. | Case No. 15-cv-00024-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERME CASE RELATIONSHIP AND SETTING DATE FOR PARTIES' CONSENT OR DECLINATION TO MAGISTRATE JUDGE'S JURISDICTION** |

In accordance with Civil Local Rule 3-12(c), the Court refers the above-captioned case, Case No. 15-cv-00024-JD, *Arunachalam v. Trulia, Inc.*, as well as Case No. 15-cv-00025-JD, *Arunachalam v. Trinet, Inc.*, to Magistrate Judge Elizabeth D. Laporte, to determine whether they are related to Case No. 15-cv-00023-EDL, *Arunachalam v. Fremont Bancorporation*.

In the event Magistrate Judge Laporte finds the cases are related, the defendants in the *Trulia* and *Trinet* cases are ordered to each file a statement indicating their consent or declination to Magistrate Judge Laporte's jurisdiction within one week from the date of her order finding the cases are related.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
James Donato
United States District Judge