DR. LAKSHMI ARUNACHALAM
laks22002@yahoo.com
222 Stanford Avenue
Menlo Park, CA 94025
Telephone:   650-690-0995
Facsimile:   650-854-3393

*Pro Se* Plaintiff

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
TRULIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRULIA, INC.,<br><br>　　　　　　Defendant. | Case No. 3:15-cv-00024-EDL<br><br>**JOINT STIPULATION EXTENDING HEARING DATE PENDING SETTLEMENT**<br><br>Ctrm:   E, 15th Floor<br>Judge:  Honorable Elizabeth D. Laporte |

1  Plaintiff Lakshmi Arunachalam and Defendant Trulia, Inc. ("the Parties") jointly request that the
2  Court continue the hearing on Defendant's motion to dismiss and the case management conference
3  currently set in this action for April 30, 2015 at 2:00 p.m. until June 16, 2015 at 9:00 a.m., pending a
4  settlement which the Parties expect will dispose of all pending claims. The Parties anticipate filing
5  dismissal papers prior to the continued hearing date.
6      IT IS SO STIPULATED, THROUGH COUNSEL AND PLAINTIFF APPEARING PRO SE.

8  Dated: April 8, 2015
9  Respectfully submitted,

12  By: _____       DURIE TANGRI LLP
13      DR. LAKSHMI ARUNACHALAM     By: _____
                                                            CLEMENT S. ROBERTS
                                                            ZAC A. COX
14  *Pro Se* Plaintiff

                                                             Attorneys For Defendant
                                                             TRULIA, INC.

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Date: _____  _____
                                                                                 Hon. Elizabeth D. Laporte

### FILER'S ATTESTATION

22  Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Dr. Lakshmi Arunachalam, attest that
23  concurrence in the filing of this document has been obtained.
24  Dated: April 8, 2015                                         _____
                                                                         DR. LAKSHMI ARUNACHALAM (*pro se*)

## CERTIFICATE OF SERVICE

I, Lakshmi Arunachalam, hereby certify that on April 8, 2015, this document was filed with the Clerk of the Court using the Court's electronic case filing system, which constitutes service of the document pursuant to Civil L.R. 5-1(h).

*Lakshmi Arunachalam*
LAKSHMI ARUNACHALAM (*pro se*)